UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 02-80586

RONALD LUPO,                      Honorable Patrick J. Duggan

    Defendant
_____/

## ORDER GRANTING DEFENDANT'S
## MOTION TO TERMINATE SUPERVISED RELEASE

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on November 1, 2012.

PRESENT:        THE HONORABLE PATRICK J. DUGGAN
                       U.S. DISTRICT COURT JUDGE

Presently before the Court is Defendant's motion to terminate his outstanding term of supervised release.

On May 23, 2012, this Court denied an earlier motion by Defendant to terminate supervised release and indicated in that order that both the Probation Officer and Assistant United States Attorney John Engstrom believed that Defendant should serve at least half of the term of his original supervision before early termination is considered. For that reason, the previous motion was denied.

Defendant has now served more than half of the term of supervised release. A copy of the motion was served upon Assistant United States Attorney John Engstrom, and no

objection to the motion has been received by this Court. United States Probation Officer Heather McCamley has indicated that she sees no reason why the motion should not be granted.

The Court has reviewed Defendant's motion and is persuaded that Defendant's motion should be granted.

Therefore,

**IT IS ORDERED** that Defendant Ronald Lupo's term of supervised release is terminated.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Brian M. Legghio, Esq.
John Engstrom, AUSA
Heather L. McCamley, USPO